IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>J) ONE RURAL LOT NO. 6,145 LOCATED AT BEATRIZ WARD, CIDRA, PUERTO RICO; MORE FULLY DESCRIBED AT THE PROPERTY REGISTRY FOR THE COMMONWEALTH OF PUERTO RICO AS FOLLOWS:<br><br>RUSTICA: Parcela número siete (7), finca radicada en el Barrio Beatríz de Cidra con una cabida superficial de 5 cuerdas equivalentes a 19,651,95 y en lindes; por el Sur, con la parcela número nueve (9); por el Este con la parcela número seis (6) y con la número ocho (8) y por el Oeste con Héctor Vélez.<br><br>Tracto Registral: Se segrega de la finca no. 981, inscrita al folio 223 del tomo 41 de Cidra.<br><br>Consta inscrita en el Registro de la Propiedad de Caguas, Sección Segunda, como la finca 6,145, a los folios 145 y 148 del tomo 147 de Cidra.<br><br>THIS PROPERTY IS FREE OF LIENS<br><br><br><br>    Defendant. | Civil Case No. 00-1486(DRD) |

CONSENT JUDGMENT

WHEREAS plaintiff, the United States of America, and

claimant, Waldemar Perez, have reached an agreement whereby this action will be settled and final resolution of this case be achieved.

AND WHEREAS the parties have agreed that the United States will forfeit the Defendant Property described as:

J) ONE RURAL LOT NO. 6,145 LOCATED AT BEATRIZ WARD, CIDRA, PUERTO RICO; MORE FULLY DESCRIBED AT THE PROPERTY REGISTRY FOR THE COMMONWEALTH OF PUERTO RICO AS FOLLOWS: RUSTICA: Parcela número siete (7), finca radicada en el Barrio Beatríz de Cidra con una cabida superficial de 5 cuerdas equivalentes a 19,651,95 y en lindes; por el Sur, con la parcela número nueve (9); por el Este con la parcela número seis (6) y con la número ocho (8) y por el Oeste con Héctor Vélez.

Tracto Registral: Se segrega de la finca no. 981, inscrita al folio 223 del tomo 41 de Cidra.

Consta inscrita en el Registro de la Propiedad de Caguas, Sección Segunda, como la finca 6,145, a los folios 145 y 148 del tomo 147 de Cidra.

THIS PROPERTY IS FREE OF LIENS

AND WHEREAS upon entry of the consent judgment in its favor, the United States will proceed to sell the defendant property.

AND WHEREAS the parties further agree that from the sale proceeds of the Defendant Property, the United States will first pay any expenses incurred in relation to the sale of the property.

AND WHEREAS the remaining balance will be divided in the following manner: $35,000.00 will be paid to claimant Waldemar Perez and the remaining balance will be forfeited and paid to the

United States.

AND WHEREAS claimant Waldemar Perez agrees to the dismissal of his claim with prejudice.

Now, therefore, upon motion by the parties for Consent Judgment, it is hereby, ORDERED, ADJUDGED AND DECREED that:

1.   Upon entry of this consent judgment, the United States will proceed to sell the defendant property.

2.   From the sale proceeds of the Defendant Property, the United States will first pay any expenses incurred in relation to the sale of the property.

3.   The remaining balance will be divided in the following manner: $35,000.00 will be paid to claimant Waldemar Perez and the remaining balance will be forfeited and paid to the United States.

4.   The claim of Waldemar Perez is hereby dismissed with prejudice.

5.   Each party shall bear its own costs, expenses and attorney's fees.

6.   The United States will dispose of the forfeited amount according to law.

7.   All other terms and conditions of the Stipulation for Consent Judgment are incorporated herein by reference, as if fully stated.

8.   This Judgment shall become firm, final, and unappealable once entered on docket.

SO ORDERED

In San Juan, Puerto Rico, this $\cancel{b}^{7h}$ day of August 2005.

DANIEL R. DOMINGUEZ
UNITED STATES DISTRICT JUDGE